# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: <br><br> EVENTIDE CREDIT ACQUISITIONS, LLC, <br><br> Debtor. | § § § § § § § § | Bankr. Case No. 20-40349-11-elm |
| EVENTIDE CREDIT ACQUISITIONS, LLC, <br><br> Appellant, <br><br> v. <br><br> RENEE GALLOWAY, LULA WILLIAMS, GLORIA TURNAGE, DOWIN COFFY, MARCELLA SINGH as administrator of the Estate of FELIX GILLISON JR., CHRISTINA CUMMING, LAMESHA KONDO, ANDREA MENDEZ, TAMMY WANGELINE, KIMBERLY POOL, TASHA PETTIFORD, RICHARD L. SMITH, JR., VICTORIA RENEE MCKOY, DESIREE WRIGHT LOVINS, CARRIE SAMANTHA SMITH, CHRIS KOBIN, DANA DUGGAN, JOHN ACTIS II, DOMINIQUE DE LA BAY, LORI FITZGERALD, ANDREA SCARBOROUGH, DIANNE TURNER, EARL BROWNE, ROSE MARIE BUCHERT, REGINA NOLTE, KEVIN MINOR, TERESA TITUS, BURRY POUGH, LISA MARTINEZ, SONJI GRANDY, ANASTASIA SHERMAN, JERRY AVENT, LUCINDA GRAY, ANTHONY GREEN, LINDA MADISON, DEREK GETER, GEORGE HENGLE, KEISHA HAMM, FAITH THOMAS, SHARON PAAVO, LATANYA TARLETON, AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EVENTIDE CREDIT ACQUISITIONS, LLC, <br><br> Appellees. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 4:20-cv-00675-P |

# AGREEMENT TO DISMISS APPEAL PURSUANT TO
# FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned parties hereby agree and stipulate to the voluntary dismissal of the above-captioned appeal with prejudice. All costs and fees due have been paid to the District Court for the Northern District of Texas.

Dated: October 14, 2020

/s/ Bernard R. Given II
Bernard R. Given II
State Bar No. 07990180
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067-4120
Tel.: 310-282-2000
Fax: 310-282-2200
Email:  bgiven@loeb.com

-and-

Jeff P. Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
FORSHEY & PROSTOK, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76012
Tel:  817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
llankford@forsheyprostok.com

*Counsel to Appellant Eventide Credit Acquisitions, LLC*

/s/ Gary H. Leibowitz (with permission)
Gary H. Leibowitz
Irving E. Walker
Cole Schotz P.C.
300 E. Lomard Street, Suite 1450
Baltimore, MD 21202

-and-

Michael D. Warner
Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

*Counsel for Appellee Official Committee of Unsecured Creditors of Eventide Credit Acquisitions, LLC*

/s/ Patrick J. Neligan, Jr. (with permission)
Patrick J Neligan , Jr
John D. Gaither
Neligan LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201

*Counsel for Appellees Renee Galloway, Lula Williams, Gloria Turnage, Dowin Coffy, Marcella Singh as Administrator of the Estate of Felix Gillison Jr., Christina Cumming, Lamesha Kondo, Andrea Mendez, Tammy*

*Wangeline, Kimberly Pool, Tasha Pettiford, Richard L. Smith, Jr., Victoria Renee Mckoy, Desiree Wright Lovins, Carrie Samantha Smith, Chris Kobin, Dana Duggan, John Actis Ii, Dominique De La Bay, Lori Fitzgerald, Andrea Scarborough, Dianne Turner, Earl Browne, Rose Marie Buchert, Regina Nolte, Kevin Minor, Teresa Titus, Burry Pough, Lisa Martinez, Sonji Grandy, Anastasia Sherman, Jerry Avent, Lucinda Gray, Anthony Green, Linda Madison, Derek Geter, George Hengle, Keisha Hamm, Faith Thomas, Sharon Paavo, and Latanya Tarleton*

## CERTIFICATE OF SERVICE

I certify that on October 14, 2020, I caused a copy of the *Agreement to Dismiss Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023* to be mailed to the following counsel by First Class U.S. Mail:

Patrick J Neligan , Jr
John D. Gaither
Neligan LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201

*Counsel for Appellees Renee Galloway, Lula Williams, Gloria Turnage, Dowin Coffy, Marcella Singh as Administrator of the Estate of Felix Gillison Jr., Christina Cumming, Lamesha Kondo, Andrea Mendez, Tammy Wangeline, Kimberly Pool, Tasha Pettiford, Richard L. Smith, Jr., Victoria Renee Mckoy, Desiree Wright Lovins, Carrie Samantha Smith, Chris Kobin, Dana Duggan, John Actis Ii, Dominique De La Bay, Lori Fitzgerald, Andrea Scarborough, Dianne Turner, Earl Browne, Rose Marie Buchert, Regina Nolte, Kevin Minor, Teresa Titus, Burry Pough, Lisa Martinez, Sonji Grandy, Anastasia Sherman, Jerry Avent, Lucinda Gray, Anthony Green, Linda Madison, Derek Geter, George Hengle, Keisha Hamm, Faith Thomas, Sharon Paavo, and Latanya Tarleton*

Gary H. Leibowitz
Irving E. Walker
Cole Schotz P.C.
300 E. Lomard Street, Suite 1450
Baltimore, MD 21202

-and-

Michael D. Warner
Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

*Counsel for Appellee Official Committee of Unsecured Creditors of Eventide Credit Acquisitions, LLC*

 

      */s/* Bernard R. Given II
      Bernard R. Given II

19598296.1
233953-10002